**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Stephen M. Bressler, State Bar No. 09032
   Direct Dial: (602) 262-5376
   Direct Fax: (602) 734-3742
   Email: SBressler@LRLaw.com
Jason Porter, State Bar No. 027475
   Direct Dial: (602) 262-5763
   Direct Fax: (602) 734-3916
   EMail: JPorter@LRLaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robin Pleak,<br><br>           Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company;<br>Raytheon Company; Raytheon Company<br>Long Term Disability Plan,<br><br>           Defendants. | No. 4:11-cv-00320-TUC-JGZ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

    The parties submit this Joint Settlement Status Report pursuant to the Court's Order (Dct. # 20 ¶ 6).

    The parties have been discussing settlement and are close to reaching a settlement agreement.

    DATED April 11, 2012.

| | |
|---|---|
| SCOTT E. DAVIS, P.C.<br><br>By /s/ *Scott E. Davis*<br>    Scott E. Davis<br>Attorneys for Plaintiff | LEWIS AND ROCA LLP<br><br>By /s/ *Stephen M. Bressler*<br>    Stephen M. Bressler<br>    Jason M. Porter<br>Attorneys for Defendant<br>Metropolitan Life Insurance Company |

2615002.1

**LEWIS AND ROCA LLP**
LAWYERS

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis, Esq.
Scott E. Davis, P.C.
20827 North Cave Creek Road
Suite 101
Phoenix, Arizona  85024
Attorneys for Plaintiff

/s/ *Kim P. Schueneman*
LEWIS AND ROCA LLP

2

2615002.1