**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Stephen M. Bressler, State Bar No. 09032
  Direct Dial: (602) 262-5376
  Direct Fax: (602) 734-3742
  Email: SBressler@LRLaw.com
Jason Porter, State Bar No. 027475
  Direct Dial: (602) 262-5763
  Direct Fax: (602) 734-3916
  EMail: JPorter@LRLaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robin Pleak,<br><br>            Plaintiff,<br><br>     vs.<br><br>Metropolitan Life Insurance Company; Raytheon Company; Raytheon Company Long Term Disability Plan,<br><br>            Defendants. | No. 4:11-cv-00320-TUC-DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties have settled this matter. They therefore stipulate to a dismissal of the lawsuit with prejudice. Each party will be responsible for their own costs and attorneys' fees. This Stipulation is accompanied by a proposed Order for the Court's consideration.

DATED this 17th day of May, 2012.

| SCOTT E. DAVIS, P.C. | LEWIS AND ROCA LLP |
|---|---|
| By /s/*Scott Davis*<br>    Scott E. Davis<br><br>*Attorneys for Plaintiff* | By /s/*Jason Porter*<br>    Stephen M. Bressler<br>    Jason M. Porter<br><br>*Attorneys for Defendants* |

2485997.1

# CERTIFICATE OF SERVICE

I certify that on May 17, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis, Esq.
Scott E. Davis, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, Arizona  85024
*Attorneys for Plaintiff*

/s/ *Theresa Beltran*
LEWIS AND ROCA LLP

2485997.1