# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robin Pleak, | ) | No. CV-11-320-TUC-JGZ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Metropolitan Life Ins. Co., *et al.*, | ) | |
| Defendants. | ) | |

Upon review of the Stipulation for Dismissal with Prejudice (Doc. 23) and good cause appearing,

IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 30th day of May, 2012.

_____
Jennifer G. Zipps
United States District Judge

Page 1 of 1